AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

TechDemocracy, LLC,

           Plaintiff,

   v.

BRV Solutions, Inc.,

           Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00138-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT IS ENTERED in favor of TechDemocracy and against BRV Solutions in the total amount of $53,800. This matter is now closed.

10/5/2021  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk